# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:14-CV-325-RJC-DCK

| | |
|---|---|
| STEVEN P. LEE, | ) |
|         Plaintiff, | ) |
| v. | )   **ORDER** |
| MCLEOD ADDICTIVE DISEASE CENTER, INC., | ) |
|         Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the undersigned's "Memorandum And Recommendation" (Document No. 10) filed August 5, 2014, and scheduling concerns.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have fourteen (14) days, up to and including **September 23, 2014**, to file any objections to the Memorandum and Recommendation.

**SO ORDERED**.

Signed: September 9, 2014

David C. Keesler
United States Magistrate Judge